# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**BRIGGS & STRATTON CORPORATION,**

                        **Plaintiff,**

                                                    **Case No. 04-C-1183**

            **-vs-**

**BROWN & WISER, INC.,**

                        **Defendant.**

---

## ORDER

---

      **IT IS ORDERED** pursuant to the Stipulation signed by counsel for Plaintiff and Defendant that the above-captioned matter is hereby dismissed on the merits, with prejudice and without costs to any party.

      Dated at Milwaukee, Wisconsin, this 8th day of December, 2005.

**SO ORDERED,**

**s/ Rudolph T. Randa**
**HON. RUDOLPH T. RANDA**
**Chief Judge**